UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

JFXD TRX ACQ LLC, d/b/a TRX,
a Florida limited liability company,

    Plaintiff,

v.

&lt;trx.com&gt;, a domain name,

and

Loo Tze Ming, an individual from Malaysia.

    Defendants.

C.A. No. 1:23-cv-217-CMH/LRV

## ORDER

This matter is before the Court on Plaintiff's Consent Motion to Continue the Hearings on Defendant's Motion to Set Aside Entry of Default (Dkt. No. 50). The Hearing is currently scheduled for October 13, 2023, and the Parties have requested that it be continued until October 27, 2023 to allow time for the parties to engage in settlement discussions. The Court agrees that there is good cause for a continuance, but notes that, due to a scheduling conflict, it is unable to hear the Motion to Set Aside on October 27. Accordingly, it is hereby

**ORDERED** that the Motion (Dkt. No. 50) is **GRANTED IN PART** and the Hearing is continued from October 13, 2023 to October 31 2023 at 2:00 p.m.; it is further

ORDERED that Plaintiff's Opposition Brief shall be filed on or before October 20, 2023 and any Reply Brief shall be filed on or before October 25, 2023.

ENTERED this 6th day of October, 2023.

/s/ *LRV*
Lindsey Robinson Vaala
United States Magistrate Judge

_____

Lindsey Robinson Vaala
United States Magistrate Judge