UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JFXD TRX ACQ LLC,<br>d/b/a TRX,<br><br>        Plaintiff,<br><br>        v.<br><br>&lt;trx.com&gt;, *et al.*,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:23-cv-217 (CMH/LRV)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter comes before the Court on Defendant Loo Tze Ming's Motion to Set Aside Entry of Default (Dkt. No. 44), Plaintiff's Opposition to Defendant's Motion (Dkt. No. 55), and Defendant's Reply in Support (Dkt. No. 56). On October 31, 2023, a hearing was held on Defendant's Motion, at which counsel for both parties appeared. During the hearing, the Court set forth the relevant key procedural history, posed questions to counsel for each side, and heard argument from both sides. For the reasons stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Defendant's Motion to Set Aside Entry of Default Judgment (Dkt. No. 44) is **GRANTED**. The Clerk of Court is directed to **VACATE** the Entry of Default as to Defendant Ming and Defendant Domain Name <trx.com>. It is further

**ORDERED** that Plaintiff's Motion for Default Judgment (Dkt. No. 29) is **DENIED AS MOOT**.

**ENTERED** this 31st day of October, 2023.

                                                                                            /s/
                                                    Lindsey Robinson Vaala
                                                    United States Magistrate Judge

Alexandria, Virginia

2